No. 79–5017.  CARRERAS v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 1st Cir.  Certiorari denied. ▮

No. 79–5018.  UDELL v. STATE DEPARTMENT OF MASSACHUSETTS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–5019.  POTEMRA v. PING ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 79–5021.  DYER v. HESS, WARDEN, ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 79–5024.  WINSTEAD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 79–5025.  EDMONDSON v. HESS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–5027.  CALVIN K. ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied. ▮

No. 79–5028.  SAYLES v. SHUKER, JUDGE, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 79–5029.  YOUNG, AKA CLOUDY v. OWENS, REFORMATORY SUPERINTENDENT.  C. A. 7th Cir.  Certiorari denied.

No. 79–5030.  SANDERS ET AL. v. HANKINS ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 79–5033.  RANDALL v. EISENHOWER MEDICAL CENTER.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–5034.  SPIEZIO ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 79–5037.  CHAMBERLIN v. CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.